## UNITED STATES DISTRICT COURT
## EASTER DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

LANETTE R. ZALESKI, as Personal
Representative of the Estate of TEDDY
L. HOUSE, Deceased,

       Plaintiff,                     Case No. 16-cv-10783
                                         Hon. Matthew F. Leitman

v.

JACKSON COUNTY SHERIFF
DEPARTMENT, et al.,

       Defendants.
_____/

## ORDER APPROVING SETTLEMENT AND AUTHORIZING DISTRIBUTION OF SETTLEMENT PROCEEDS

**IT IS HEREBY ORDERED** that the settlement of **$1,000,000.00** proposed by the parties is approved after this Court having found that this settlement is in the best interests of the Estate;

**IT IS FURTHER ORDERED** that the settlement proceeds of the above-cited settlement be distributed as follows:

a.    **$5,736.75** to Fieger, Fieger Kenney & Harrington, said sum representing advanced costs incurred and expended in pursuing this matter;

b.    **$10,000.00** as future costs for thirty (30) days. The balance will be held to pay any future costs. In the event additional costs are incurred, those costs will be deducted from the balance and the remaining portions will be distributed to the law firm of Fieger, Fieger, Kenney & Harrington, P.C. and the heirs-at-law herein. The

Fieger Firm shall receive one-third of said remaining portions and the remaining two thirds will be paid to heir-at-law Lanette Zaleski.

c.   **$328,087.75** to Fieger, Fieger, Kenney & Harrington, said sum representing the 1/3 attorney fee agreed to pursuant to the terms of the contingency fee agreement between Fieger, Fieger, Kenney & Harrington and Plaintiff;

d.   Distribution of the remaining net proceeds, **$656,175.50** to the below heirs-at-law of Decedent's Estate in amounts to be determined per agreement amongst the heirs or at a hearing to be scheduled in the near future;

|       |                             |              |
|-------|-----------------------------|--------------|
| i.    | Lanette Zaleski (Mother)    | **$131,235.10** |
| ii.   | Thomas House (Father)       | **$131,235.10** |
| iii.  | Rodney House (Brother)      | **$131,235.10** |
| iv.   | Rachel House (Sister)       | **$131,235.10** |
| v.    | Janet House (Grandmother)   | **$131,235.10** |

**IT IS FURTHER ORDERED** that no amount shall be awarded to the Estate on account of any conscious pain and suffering of the Decedent.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  December 6, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 6, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113